**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| JUAN GASPAR ZACARIAS,<br><br>Petitioner,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY IMMIGRATION AND CUSTOMS ENFORCEMENT et al.,<br><br>Respondents. | Case No. 5:26-cv-02539-HDV-DFM<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.

While no objections were filed by the deadline, Petitioner submitted two additional filings (a renewed application for a Temporary Restraining Order, Dkt. 21, and an Amended Petition, Dkt. 22) within the objections period. To the extent Petitioner seeks to challenge the legality of his bond proceedings or present other challenges not presented in his instant Petition, Petitioner should present the same via a new habeas petition filed in a new, separate action.

Accordingly, IT IS HEREBY ORDERED:

1. The Magistrate Judge's Report and Recommendation (Dkt. 19) is ACCEPTED and ADOPTED in its entirety.

2. The Petition for a Writ of Habeas Corpus is DENIED without prejudice.

Date: July 29, 2026

HON. HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE