**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

JUAN GASPAR ZACARIAS,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY IMMIGRATION AND CUSTOMS ENFORCEMENT et al.,

Respondents.

Case No. 5:26-cv-02539-HDV-DFM

JUDGMENT

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DENIED without prejudice. Because the case arises under 28 U.S.C. § 2241 and does not attack a State court detention, no ruling on a certificate of appealability is required. See 28 U.S.C. § 2253(c)(1); Harrison v. Ollison, 519 F.3d 952, 958 (9th Cir. 2008).

Date: July 29, 2026

HON. HERNAN D. VERA
UNITED STATES DISTRICT JUDGE